```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA,

        -against-                              11 Cr. 927 (DAB)
                                               11 Cr. 997 (DAB)
JOHN BENNETT and SCOTT ALLEN,                  ORDER

                Defendants.
--------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Defendants' respective requests for leave to supplement their sentencing submissions to account for the Defendants' current circumstances. Those requests are GRANTED. Defendants shall make their supplemental submissions by October 16, 2015. The sentencing date in this matter is SINE DIE.

      SO ORDERED.

DATED:   New York, New York
         August 6, 2015

                                                *Deborah A. Batts*
                                                Deborah A. Batts
                                       United States District Judge